# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
   Clerk of the Court                                           (415) 522-2000

February 28, 2008

**SECOND NOTICE**

TO:    Charles Wegerle
         PO Box 470636
         San Francisco, CA 94147-0636

        Re:   **CHARLES WEGERLE v. CITY AND COUNTY OF SAN FRANCISCO**
               C-07-06463 (JCS)

Dear Counsel:

     This matter has been randomly assigned to a United States Magistrate Judge for all purposes.

     A review of our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge has not been filed in this case.  All parties are requested to complete **one** of the enclosed forms documenting either consent or declination and to return it to the Court by **March 13, 2008.**

                                                Sincerely,

                                                Richard W. Wieking, Clerk
                                                United States District Court

                                By: _____
                                        Karen L. Hom
                                        Courtroom Deputy

Enclosure: Forms