**United States District Court**

For the Northern District of California

1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6
7   CHARLES WEGERLE,                          No.  C 07-06463 JCS
8              Plaintiff(s),          **CONSENT TO PROCEED BEFORE A**
                                      **UNITED STATES MAGISTRATE JUDGE**
9       v.
10  CITY AND COUNTY OF SAN
    FRANCISCO, ET AL.,
11
12             Defendant(s).
    _____/
13
14          CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
15          In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
16  hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in
17  the case, including trial, and the entry of a final judgment.  Appeal from the judgment shall be taken
18  directly to the United States Court of Appeals for the Ninth Circuit.
19
20  Dated: _____          _____
                                                Signature
21
                                                Counsel for _____
22                                              (Plaintiff, Defendant or indicate "pro se")
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES WEGERLE,                                    No.  C 07-06463 JCS

        Plaintiff(s),                              **DECLINATION TO PROCEED BEFORE
                                                    A MAGISTRATE JUDGE
    v.                                                      AND
                                                    REQUEST FOR REASSIGNMENT TO A
CITY AND COUNTY OF SAN                              UNITED STATES DISTRICT JUDGE**
FRANCISCO, ET AL.,

        Defendant(s).
_____/

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party hereby declines to consent to the assignment of this case to a United

States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

a United States District Judge.


Dated: _____          Signature_____

                                         Counsel for _____
                                         (Plaintiff, Defendant, or indicate "pro se")