**United States District Court**

For the Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7    JCS CHARLES WEGERLE,                        No. C 07-6463(JCS)

8            Plaintiff(s),
                                                 CLERK'S NOTICE
9        v.

10   CITY AND COUNTY OF SF, et al.,

11           Defendant(s).
     _____/
12

13   TO ALL PARTIES AND COUNSEL OF RECORD:

14

15   YOU ARE NOTIFIED THAT the Case Management Conference set before Magistrate Judge Spero

16   previously noticed for April 4, 2008, at 1:30 p.m., has been reset to **10:30 a.m,** Courtroom A, 15th

17   Floor, 450 Golden Gate Avenue, San Francisco, California..  Any party requesting a continuance

18   shall submit a stipulation and proposed order.

19

20

21   Dated:  March 18, 2008

22                                               FOR THE COURT,
                                                 Richard W. Wieking, Clerk
23

24                                               by: /s/_____
                                                      Frank Justiliano
25                                                    Courtroom Deputy

26

27

28