# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

## RICHARD W. WIEKING
Clerk of the Court                                    (415) 522-2000

March 26, 2008

**THIRD NOTICE**

TO:    Charles Wegerle
       PO Box 470636
       San Francisco, CA 94147-0636

       Re:    **CHARLES WEGERLE v. CITY AND COUNTY OF SAN FRANCISCO**
              C-07-06463 (JCS)

Dear Counsel:

       This matter has been randomly assigned to a United States Magistrate Judge for all purposes.

       A review of our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge has not been filed in this case.  All parties are requested to complete **one** of the enclosed forms documenting either consent or declination and to return it to the Court by **April 4,  2008.**

                     Sincerely,

                     Richard W. Wieking, Clerk
                     United States District Court


       By:___Karen L. Hom_____
                     Karen L. Hom
                     Courtroom Deputy


Enclosure: Forms