25 March 2008

PO Box 470636
San Francisco, California 94147

Hon. Joseph C. Spero
Courtroom A, 15th Floor
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

FILED
MAR 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Judge Spero:

  Re – Case No. C 07-6463 JCS
    Wegerle v. City and County of San Francisco, et al.
    Request for Sixty-Day Continuance

Plaintiff hereby requests that you grant a sixty-day continuance while I search for a new attorney. An attempt to work with prior counsel did not progress to my satisfaction, and several attempts to retain a replacement have, thus far, proven unsuccessful. By the end of next week, however, I expect to retain a new attorney.

Attached is a true and correct copy of a cover letter from the U.S.E.E.O.C. dated 11 March 2008. It shows that a complete copy of my file, which I requested months ago, was, in fact, sent to me only two weeks ago. The prolonged absence of these documents until just recently has contributed to the delay in progress on this case.

Thank you for considering this request for continuance.

Sincerely,

*Charles Wegerle*

Charles Wegerle


Attachment: Copy of Cover Letter from U.S.E.E.O.C

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**San Francisco District Office**     350 The Embarcadero, Suite 500
San Francisco, CA 94105
(415) 625-5600
TDD (415) 625-5610
FAX (415) 625-5609

March 11, 2008

Mr. Charles Wegerle
P. O. Box 470636
San Francisco, CA 94147

RE: Charles Wegerle vs. City and County of San Francisco
     EEOC Charge Number 550-2007-00740

Dear Mr. Wagerle:

    We are sending a complete copy of the file pursuant to your request and the Commission's procedures. The copies are true and correct copies of the documents in the EEOC's investigative file.

    If you have any questions, please call me at (415) 625-5602.

Sincerely,

Michelle Nardella
Compliance Manager

Enclosure
rr