**United States District Court**
For the Northern District of California

1
2
3
4                       UNITED STATES DISTRICT COURT
5                      NORTHERN DISTRICT OF CALIFORNIA
6   CHARLES WEGERLE,                           Case No.  07-06463 JCS
7              Plaintiff(s),
                                               **ORDER DENYING PLAINTIFF'S**
8        v.                                    **MOTION FOR SIXTY-DAY**
                                               **CONTINUANCE**
9   CITY AND COUNTY OF SAN
    FRANCISCO,
10
11              Defendant(s).
12   _____/
13          On March 25, 2008, Plaintiff filed a Motion for Sixty-Day Continuance (the "Motion").
14          IT IS HEREBY ORDERED that the Motion is DENIED.  Plaintiff shall appear as ordered by
15   the Court on **April 4, 2008, at 10:30 a.m.,** for the Initial Case Management Conference.
16          IT IS SO ORDERED.
17
18   Dated:  March 26, 2008                    _____
19                                             JOSEPH C. SPERO
                                               United States Magistrate Judge
20
21
22
23
24
25
26
27
28