ORIGINAL FILED
08 MAR 13 PH 3: 37
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT
CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES WEGERLE,                           No. C 07-06463 JCS

      Plaintiff(s),              **CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

  v.

CITY AND COUNTY OF SAN
FRANCISCO, ET AL.,

      Defendant(s).
_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in

the case, including trial, and the entry of a final judgment. Appeal from the judgment shall be taken

directly to the United States Court of Appeals for the Ninth Circuit.

Dated: *13 Mar 08*

*Charles Wegerle*
Signature

Counsel for *Pro Se*
(Plaintiff, Defendant or indicate "pro se")

United States District Court
For the Northern District of California

TOTAL P.03