```
1  HUNTER PYLE, SBN 191125
   SUNDEEN SALINAS & PYLE
2  1330 Broadway, Suite 1830
   Oakland, California 94612
3
   Telephone: (510) 663-9240
4  Facsimile: (510) 663-9241

5  hpyle@ssrplaw.com

6  Attorneys for Plaintiff
   CHARLES WEGERLE
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WEGERLE,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>  Defendant. | Case No. C 07-06463 JCS<br><br>**SUBSTITUTION OF ATTORNEY** |

Plaintiff CHARLES WEGERLE, formerly *pro se*, hereby substitutes Hunter Pyle, and Sundeen Salinas & Pyle as his attorneys of record in the above-captioned matter.

Dated: April 2, 2008

By: *Charles Wegerle*
    Charles Wegerle

Dated: April 2, 2008

SUNDEEN SALINAS & PYLE

By: *Hunter Pyle*
    Hunter Pyle

Attorneys for Plaintiff
CHARLES WEGERLE

---

SUBSTITUTION OF ATTORNEY
C 07-06463 JCS
-1-