1  HUNTER PYLE, SBN 191125
   SUNDEEN SALINAS & PYLE
2  1330 Broadway, Suite 1830
   Oakland, California 94612
3
   Telephone: (510) 663-9240
4  Facsimile: (510) 663-9241

5  hpyle@ssrplaw.com

6  Attorneys for Plaintiff
   CHARLES WEGERLE
7

8
                        UNITED STATES DISTRICT COURT
9
                        NORTHERN DISTRICT OF CALIFORNIA
10

11
   CHARLES WEGERLE,                          Case No. C 07-06463 JCS
12
           Plaintiff,                        SUBSTITUTION OF ATTORNEY
13
   vs.
14
   CITY AND COUNTY OF SAN FRANCISCO,
15
           Defendant.
16

17
       Plaintiff CHARLES WEGERLE, formerly *pro se*, hereby substitutes Hunter Pyle, and Sundeen
18
   Salinas & Pyle as his attorneys of record in the above-captioned matter.
19

20  Dated: April 2, 2008
                                             By: /s/ Charles Wegerle
21                                               Charles Wegerle

22  Dated: April 2, 2008                     SUNDEEN SALINAS & PYLE
23                                           By: /s/ Hunter Pyle
                                                 Hunter Pyle
24  Dated: April 4, 2008
                                             Attorneys for Plaintiff
25                                           CHARLES WEGERLE

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

SUBSTITUTION OF ATTORNEY
C 07-06463 JCS
-1-