# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO.  C 07-06463 JCS**

**CASE NAME:  CHARLES WEGERLE v. CITY AND COUNTY OF SAN FRANCISCO**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: April 4, 2008    **TIME**: 2 Min | **COURT REPORTER**: <u>Not recorded</u> |
| <u>**COUNSEL FOR PLAINTIFF:**</u><br>Hunter Pyle | <u>**COUNSEL FOR DEFENDANT:**</u><br>No appearance |

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Case Management Conference | Held. |

<u>**ORDERED AFTER HEARING:**</u>
Joint updated case management conference statement shall be due by 5/16/8.  ADR deadline dates may be re-set.

**ORDER TO BE PREPARED BY:**         () Plaintiff      () Defendant       (X) Court

**CASE CONTINUED TO:**   05/23/08 at 1:30 p.m., for a further case mgmt conference.

| Number of Depos: | Number of Experts: | Discovery Cutoff: |
|---|---|---|
| Expert Disclosure: | Expert Rebuttal: | Expert Discovery Cutoff: |
| Motions Hearing:    at 9:30 a.m. | | Pretrial Conference:    at 1:30 p.m. |

**Trial Date:**            at 8:30 a.m.  ()Jury    ()Court    Set for    days

**cc:**    Chambers; Karen
* (T) = Telephonic Appearance