UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES WEGERLE,                                              Case No. C07-06463 JCS

        Plaintiff(s),

    v.                                                                    **CASE MANAGEMENT AND**
                                                                    **PRETRIAL ORDER**

CITY AND COUNTY OF SAN FRANCISCO,

        Defendant(s).
_____/

Following a case management conference held on **April 4, 2008,**

IT IS HEREBY ORDERED THAT:

1. A joint updated case management conference statement shall be due by May 16, 2008.

2. A further case management conference is set for **May 23, 2008, at 1:30 p.m.**

IT IS SO ORDERED.

Dated: April 10, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge

cmcpto 4-7-8.wpd