HUNTER PYLE, SBN 191125
SUNDEEN SALINAS & PYLE
1330 Broadway, Suite 1830
Oakland, California 94612

Telephone: (510) 663-9240
Facsimile: (510) 663-9241

hpyle@ssrplaw.com

Attorneys for Plaintiff
CHARLES WEGERLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WEGERLE,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | Case No. C 07-06463 JCS<br><br>NOTICE OF DISMISSAL OF COMPLAINT PER FRCP 41(A)(1) AND [PROPOSED] ORDER THEREON |

### NOTICE OF DISMISSAL

TO THE COURT AND ALL PARTIES OF RECORD:

No Answer or Motion for Summary Judgment having been filed by any Defendant in this case, and no Defendant having appeared, Plaintiff CHARLES WEGERLE, by and through his attorneys of record, hereby dismisses this action without prejudice pursuant to FRCP 41(a)(1)(A)(i).

Dated: May 6, 2008

SUNDEEN SALINAS & PYLE

By: /s/ Hunter Pyle
Hunter Pyle

Attorneys for Plaintiff
CHARLES WEGERLE

## ORDER

The Court having read and considered the foregoing Notice of Dismissal, and good cause appearing, this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated: _____

_____
HON. JOSEPH C. SPERO
United States Magistrate Judge